IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>vs.<br><br>Anthony Armando Ortiz,<br><br>                Defendant. | CR 22-01608-002-TUC-RM (LCK)<br><br>FINAL ORDER OF FORFEITURE<br>(Forfeiture Judgment $5,000.00) |

       WHEREAS, on March 22, 2023, the defendant pled guilty to Count Four and Five of the Indictment, which charged the defendant with a violation of Title 18 United States Code, Sections 922(a)(6) and 924(a)(2), Making False Statements in Connection with Purchase of Firearms, and made an admission to facts in support of the plea, including not to contest the Forfeiture Allegation in the Indictment; and,

       WHEREAS, the United States moves under Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, to forfeit one Barret .50 caliber, semi-automatic rifle bearing serial number AA013058 (hereinafter "Seized Firearm") and one F.N. model Scar 17s, .308 caliber, semi-automatic rifle, bearing HC61469 (hereinafter "Firearm Not Seized"), which constitutes firearms involved in or used in violation of the offense for which the defendant pled guilty; and

       WHEREAS, the United States has established that pursuant to Title 21, United States Code, Section 853(p), the Firearm Not Seized, a) cannot be located upon the exercise

of due diligence; b) have been transferred or sold to, or deposited with, a third party; c) have been placed beyond the jurisdiction of the court; d) have been substantially diminished in value; or e) have been commingled with other property which cannot be divided without difficulty; and

WHEREAS, Fed. R. Crim. P. 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment;" and

WHEREAS, the United States has established that the value of the Firearm Not Seized is $5,000.00 in United States currency; and

WHEREAS, the defendant agreed to pay and forfeit the amount of $5,000.00 in United States currency, as a substitute asset in lieu of, and in satisfaction of, the forfeiture of the Firearm Not Seized, as authorized by Title 21, United States Code, Section 853(p)(2), as incorporated by Title 28, United States Code, Section 2461(c), it is

THEREFORE, ORDERED, ADJUDGED and DECREED that pursuant to Title 21, United States Code, Section 853(p), the United States may seek, as a substitute asset forfeiture of any of the defendant's property up to $5,000.00 in United States currency; and

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $5,000.00 in United States currency; and

IT IS FURTHER ORDERED that any payments by the defendant to satisfy the money judgment be made payable to the United States Marshals Service via a certified check or money order and mailed to the United States Marshals Service, Attn: Asset Forfeiture Unit, 401 West Washington Street, SPC-64, #270, Phoenix, Arizona 85003, and reference the defendant's name and case number "CR22-01608-002-TUC-RM (LCK);" and

IT IS FURTHER ORDERED that the United States alone shall hold clear title to the monies paid by the defendant to satisfy this Order following the Court's entry of the judgment of conviction; and

1  IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 32.2(b)(4), this Order of Forfeiture shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS FURTHER ORDERED that the Clerk is hereby directed to send copies of this Order to defendant's counsel of record.

DATED this 31st day of May, 2023.

_____
Honorable Rosemary Márquez
United States District Judge

*United States of America v. Anthony Armando Ortiz*
*Order of Forfeiture – Page 3 of 3*